**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Defendants, NJ Ale House, LLC d/b/a*
*Blu Ale House, Kosta Gianopoulos and Tom Blume*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLOS CARDOSO MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>NJ ALE HOUSE, LLC (D/B/A BLU ALE HOUSE), KOSTA GIANOPOULOS, TOM BLUME, ERIC DOE, NICK DOE, DANA DOE, and LUIS DOE,<br><br>Defendants. | Civil Action No. 2:21-cv-13809-MCA-AME<br><br>**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

TO: Bryan Robinson, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Attorneys for Plaintiff, Carlos Cardoso Medina*

**COUNSEL:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 68, Defendants NJ Ale House, LLC d/b/a Blu Ale House, Kosta Gianopoulos and Tom Blume (collectively, the "Defendants"), hereby offer to allow entry of judgment to be entered against them in favor of Plaintiff, Carlos Cardoso Medina (the "Plaintiff"), in the amount TWELVE THOUSAND DOLLARS ($12,000), which Defendants shall be obligated to pay. This shall be the total amount to be paid by the Defendants on account of any and all liability claimed in this action, including all cost of suit,

attorneys' fees, costs, liens and any other claim or cost otherwise recoverable in the action by the Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that, this offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission that the Defendants or any agent or employee of the Defendants are liable for any claim in the Plaintiff's Complaint or that the Plaintiff has suffered any damage but rather is made solely for the purpose of compromising a disputed claim.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 68, this offer will be deemed to be withdrawn unless accepted on or prior to the fourteenth day after the service of this offer on the Plaintiff's writing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 68, if this offer is not accepted and the final determination to the Plaintiff is not more favorable than this offer, the Plaintiff will be liable to the Defendants for their costs of suit and attorneys' fees.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Defendants, NJ Ale House, LLC d/b/a Blu Ale House, Kosta Gianopoulos and Tom Blume*

By: /s/ Sari B. Placona
     Sari B. Placona, Esq.

Dated: January 18, 2022

2

4889-7901-3634, v. 1