UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X
CARLOS CARDOSO MEDINA, individually
and on behalf of others similarly situated,

                Plaintiff,

-against-

NJ ALE HOUSE LLC (D/B/A BLU
ALEHOUSE), KOSTA GIANOPOULOS ,
TOM BLUME , ERIC DOE , NICK DOE ,
DANA DOE , and LUIS DOE,

                Defendants.
----------------------------------------------------------X

Case 2:21-cv-13809-MCA-AME

**JUDGMENT**

On January 18, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff CARLOS CARDOSO MEDINA, have judgment against Defendants NJ ALE HOUSE LLC (D/B/A BLU ALEHOUSE), KOSTA GIANOPOULOS , TOM BLUME (collectively "Defendants"), jointly and severally, in the amount of $12,000.00, (Twelve Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

This case is hereby CLOSED.

Dated: __February 18_____, 20_22_    SO ORDERED,

                                                              _____
                                                              THE HONORABLE MADELINE COX ARLEO
                                                             United States District Judge